and Rashkin were partners of Helfant at the time of the conversion. Woodward, Jenks, Thomas and Carr, JJ., concurred; Rich, J., dissented.

Mary Crevoirserat, Appellant, v. Cornelius R. Bergen and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Christine N. Cronyn, Appellant, v. Frank D. Sturges, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Thomas and Rich, JJ., concurred; Woodward and Burr, JJ., dissented.

William E. Dennis, Respondent, v. F. D. Doolittle, Incorporated, and Another, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

William E. Conomu, Respondent, v. Cristo Chrysti, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Mary Flynn, Appellant, v. The City of New York, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Thomas, Rich and Carr, JJ., concurred; Woodward, J., dissented.

Francis Foerster, Appellant, v. Anton Eilers, Respondent.— Judgment affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term. (Reported in 60 Misc. Rep. 453.) Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Joseph Furlong, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Robert Gair Company, Respondent, v. De Miracle Chemical Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Wolf Green, Appellant, v. William H. Fleming, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Wilfrid Hartley, Respondent, v. Charles Edward Ball and Others, Doing Business under the Firm Name and Style of Ball & Whicher, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Jenks, JJ., concurred; Burr and Thomas, JJ., dissented.

Hartmann Bros. Manufacturing Company, Appellant, v. The New York Interurban Water Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.